**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAQAYVION D. PITTMAN** **PETITIONER**
**ADC #187154**

**v.** **Case No. 4:25-cv-01167-KGB**

**DEXTER PAYNE** **RESPONDENT**

**ORDER**

Before the Court is the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris ("Recommendation") (Dkt. No. 16). Plaintiff JaQayvion D. Pittman has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses Pittman's petition and denies the requested relief. The Court declines to issue a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

It is so ordered this 29th day of July, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge